Alan Nakazawa, State Bar No. 84670
alan.nakazawa@cnc-law.com
COGSWELL NAKAZAWA & CHANG, LLP
444 West Ocean Boulevard, Suite 1410
Long Beach, California 90802-8131
Telephone (562) 951-8668
Facsimile: (562) 951-3933

Attorneys for Defendants M/V SM LONG BEACH, M/V SM BUSAN, M/V SM SHANGHAI, M/V SM NINGBO and M/V SM YANTIAN and Claimant KOREA SHIPPING CORPORATION, appearing specially under Supplemental Admiralty Rule E(8) to defend the *in rem* claims

JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHER TERMINALS LLC, | CASE NO.: 2:17-CV-03195-R (AGRx) |
| Plaintiff, | IN ADMIRALTY |
| vs. | |
| M/V SM LONG BEACH, formerly known as M/V Hanjin Xiamen, IMO No. 9312755, its freights, engines, apparel, appurtenances, and tackle; M/V SM BUSAN, f.k.a. M/V Hanjin Tianjin, IMO No. 9312767, its freights, engines, apparel, appurtenances, and tackle; M/V SM SHANGHAI, f.k.a. Hanjin Bremerhaven, IMO No. 9312779, its freights, engines, apparel, appurtenances, and tackle; M/V SM NINGBO, f.k.a. Hanjin Budapest, IMO No. 9312937, its freights, engines, apparel, appurtenances, and tackle; M/V SM YANTIAN, f.k.a. Hanjin Port Kelang, IMO No. 9312949, its freights, engines, apparel, appurtenances, and tackle; M/V SM KWANGYANG, f.k.a. Hanjin Mumbai, IMO No. 9347425, its freights, engines, apparel, appurtenances, and tackle; | ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>[Fed. R. Civ. P. §41(a)] |
| Defendants *in rem.* | |

ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

Pursuant to the Stipulation of Dismissal With Prejudice filed by the parties, the Court hereby orders that the entire action be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: July 10, 2017    _____
UNITED STATES DISTRICT JUDGE

ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
- 2 -